Gavan R. Munter, SBN 134924
ELIE & ASSOCIATES
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
Telephone:  (916) 638-6610
Facsimile:   (916) 638-6607

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
AS SUBROGEE OF POWER SYSTEMS INTERNATIONAL, INC.

FILED
08 JUL 18 AM 10: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: EC  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AS SUBROGEE OF POWER SYSTEMS INTERNATIONAL, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AODD TRANSPORT, INC.,<br><br>　　　　Defendant. | Case No. 08 CV 1292 J JMA<br><br>**COMPLAINT IN SUBROGATION** |

Travelers Property Casualty Company of America as subrogee of Power Systems International, Inc., plaintiff herein, complains of AODD Transport, Inc., defendant herein, and in support would show as follows:

I

**PARTIES**

Plaintiff Travelers Property Casualty Company of America (hereinafter "Travelers") is a foreign corporation authorized to do and doing business in the State of California.

Defendant AODD Transport, Inc. is a Kentucky corporation authorized to do and doing business in California as a common carrier of goods. AODD Transport, Inc. may be served

with the complaint and summons through its registered agent, Melinda Campbell, 416 Mahogany Hill Drive, Hazard, Kentucky 41701-8063.

## II

## JURISDICTION AND VENUE

This Court has subject matter jurisdiction as this matter involves interstate commerce under the Carmack Amendment, 49 U.S.C. §14706, et seq., and the amount in controversy exceeds $10,000.00 pursuant to 28 U.S.C. §1337. Venue is proper in the Southern District of California, as the loss occurred in San Diego County, California.

## III

Plaintiff Travelers provided cargo property insurance coverage for its insured, Power Systems International, Inc., the shipper, at the time of this loss which occurred on or about December 20, 2005. Power Systems International, Inc. retained AODD to transport a load of generators from Natural Bridge Station, Virginia to San Diego, California. The truck and its cargo of generators arrived in San Diego on or about December 20, 2005. Upon arrival, the receiver noted that the exteriors of the generators were damaged from striking one another while in transit. The positioning of the generators on the trailer upon arrival in San Diego was different than the position of the generators when the truck left the point of origin. The carrier, AODD, repositioned the generators on the trailer adjacent to one another while in transit, which caused the exteriors to be damaged.

## IV

## SUBROGATION ACTION

As a result of the loss, Power Systems International, Inc. made a claim with Travelers for the damage to the generators. As a result of the claim, Travelers paid to Power Systems International, Inc. the amount of $12,125.39. By payment to Power Systems International, Inc., Travelers became subrogated to the rights of Power Systems International, Inc. to pursue AODD for the damage to the generators.

//

//

V

**CARMACK AMENDMENT**

Defendant contracted to transport the generators. AODD received the cargo of generators in good order and condition upon picking up such cargo from Power Systems International, Inc. in National Bridge Station, Virginia. AODD failed to deliver the cargo in the same good order and condition as AODD received it, as the generators were damaged in transit due to repositioning by AODD. Travelers' payment to Power Systems International, Inc. for such loss resulted in Travelers incurring the damages for the generators. As AODD contracted to transport the cargo from Virginia to California, AODD is fully liable for the loss of the cargo under the Carmack Amendment, without regard to fault or negligence.

VI

**DAMAGES**

As a direct and proximate result of the actions outlined above, Travelers has suffered a loss having a value of $12,125.39. Travelers paid $12,125.39 to Power Systems International, Inc. and seeks such amount from AODD Transport, Inc. Plaintiff also seeks pre-judgment interest, post-judgment interest and all taxable costs of court.

VII

All conditions precedent necessary to recovery have been performed or have occurred. Namely, a timely claim has been submitted to AODD Transport, Inc. To date, there has never been a written denial submitted by AODD Transport, Inc. to the claim made by Travelers.

WHERFORE, plaintiff prays that defendant be cited to appear and answer, and that plaintiff have judgment rendered against defendant as set forth above and for other and further relief to which plaintiff may show itself to be justly entitled.

Dated: July 15, 2008                    Respectfully submitted:

                                        Gavan R. Munter
                                        Attorneys for Plaintiff
                                        Travelers Property Casualty Company
                                        of America

```
              UNITED STATES
              DISTRICT COURT
          SOUTHERN DISTRICT OF CALIFORNIA
                SAN DIEGO DIVISION

          # 153139      - TC

             July 18, 2008
                10:42:38


             Civ Fil Non-Pris
     USAO #.: 08CV1292
     Judge..: NAPOLEON A JONES, JR
     Amount.:                    $350.00 CK
     Check#.: BC00252306



             Total->  $350.00



     FROM: TRAVELERS PROPERTY CASUAL
           VS
           AODD TRANSPORT
```

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Travelers Property Casualty Co. of Am. a/s/o Power Systems International, Inc.

**(b)** County of Residence of First Listed Plaintiff: Hartford (CT)
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Gavan Munter, Elie & Associates
11070 White Rock Road, Suite 200, Ranch Cordova, CA

## DEFENDANTS
AODD Transport, Inc.

County of Residence of First Listed Defendant: Perry (KY)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
08 JUL 18 AM 10:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ECL___ DEPUTY

08-CV 1292 L JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
49 USC 14706
Brief description of cause:
Defendant transported cargo interstate and cargo was damaged in transit.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 12,125.39
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 7/3/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 153139   AMOUNT $350   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

CR    FAC 7/18/08