Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 18 AM 10: 21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL DEPUTY

Travelers Property Casualty
Company of America as Subrogee of
Power Systems International, Inc.
vs

AODD Transport, Inc.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1292 J JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gavan R. Munter, SBN 134924
ELIE & ASSOCIATES
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 18 2008
DATE

By  B. LLOYD  Deputy Clerk

Summons in a Civil Action                                                       Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am).

